IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

| | |
|---|---|
| PLANNED PARENTHOOD FEDERATION OF AMERICA, INC., et al., | 19-mc-2 |
| Plaintiff, | Motion to Compel Document Production Production Pursuant to Subpoena Served on the Colorado State University in N.D. Cal Case No. 3:16-cv-00236 |
| vs. | |
| THE CENTER FOR MEDICAL PROGRESS, et al., | |
| | Fed. R. Civ. P. 45(d)(2)(B)(i) |
| Defendants. | |

Defendant the Center for Medical Progress ("CMP") hereby moves this Court for an order compelling Non-Party Colorado State University ("CSU") to produce documents responsive to CMP's subpoena. Counsel for CSU and CMP have been in discussion regarding CSU's production in response to the subpoena. However, there remains outstanding disputes related to whether CSU has improperly withheld documents.

While CMP hopes to continue informal discussions to resolve the remaining disputes, CSU's delay in producing the responsive documents has necessitated the Court's intervention and assistance. Additionally, a deadline for filing discovery motions, set for January 14, 2019, in the underlying case pending in the Northern District of California, has necessitated the filing of this motion.

Therefore, CMP seeks an Order from the Court (1) declaring CSU's objections overruled or waived, (2) compelling CSU to meet and confer with CMP's counsel to develop a proper search term list to properly search for documents responsive to the subpoena, and (3) compelling CSU to remove its confidentiality designations on documents produced to CMP.

By:   /s/ Theresa Lynn Sidebotham
Theresa Lynn Sidebotham, *Atty. Reg.* #36713
Telios Law PLLC
19925 Monument Hill Rd.
P.O. Box 3488
Monument, CO 80132
(855) 748-4201

and

Matthew F. Heffron, NE Bar No. 19228
  (*pending application, Dist. Colorado*)
THOMAS MORE SOCIETY
 *and* Brown & Brown, LLC
501 Scoular Building
2027 Dodge Street
Omaha, Nebraska 68102
(402) 346-5010

ATTORNEYS FOR CMP and DAVID DALEIDEN

### CERTIFICATE OF SERVICE

I certify that on January 14, 2019, a true and accurate copy of this document was mailed by First Class mail to:

Jason L. Johnson
General Counsel
Colorado State University System
01 Administration Building-0006 Campus Delivery
Fort Collins, CO 80523-0006

Notice of Service to parties in underlying case to be sent separately.

*s/ Theresa Lynn Sidebotham*
   Theresa Lynn Sidebotham